```
               IN THE UNITED STATES DISTRICT COURT
              FOR THE NORTHERN DISTRICT OF GEORGIA
                        ATLANTA DIVISION
```

GAIL MCKEE                          :
                                    :
    Plaintiff,                      :
                                    :    CIVIL ACTION
v.                                  :
                                    :    NO. 1:13-CV-0036-WSD-ECS
AT&T MOBILITY CORPORATION           :
                                    :
    Defendant.                      :

## REPORT AND RECOMMENDATION
## OF UNITED STATES MAGISTRATE JUDGE

This matter is before the Court on the parties' joint motion to substitute AT&T Mobility Services, LLC for the incorrectly named corporate defendant. [Doc. 10]. The parties represent that, at all times relevant to the allegations in the complaint, AT&T Mobility Services, LLC was Plaintiff's employer and not AT&T Mobility Corporation. [Id.].

Upon consideration, **IT IS RECOMMENDED** that the parties' joint motion, [Doc. 10], be **GRANTED**. The undersigned **RECOMMENDS** that all claims against AT&T Mobility Corporation be **DISMISSED WITH PREJUDICE** and that AT&T Mobility Services, LLC be substituted in its place as the Defendant. If the district judge adopts this report and recommendation, pleadings already filed need not be resubmitted to reflect this substitution, but the caption for papers filed hereafter shall reflect the change.

**SO REPORTED AND RECOMMENDED**, this 9th day of July, 2013.


       _s/ E. Clayton Scofield_
       E. CLAYTON SCOFIELD III
       UNITED STATES MAGISTRATE JUDGE